Bankruptcy Law Office of Attorney Richard A. Check, S.C.

757 N Broadway, Suite 401

Milwaukee, WI  53202

Invoice for: Kathleen Rodriguez

File No.: 16-608

3121 S 41st St,

Milwaukee, WI 53215

## Chapter 13 Invoice

| Services Rendered | Hours | Fee |
|---|---|---|
| 11/25/16 Meeting with Attorney (RC) | 1.0 | No Charge |
| 11/29/16 Run Mean Test for Above Median Client with Notes to File (RC) | 1.3 | $455.00 |
| 11/29/16 Draft Schedules I & J with Notes to File (RC) | 0.8 | $350.00 |
| 11/30/16 Attorney Correspondence with Client's Employer Attorney with Notes to File (RC) | 0.5 | $175.00 |
| 12/05/17 Attorney Correspondence with Client's Employer Attorney with Notes to File (RC) | 0.4 | $140.00 |
| 12/09/16 Attorney Correspondence with Trustee Regarding Motion to Dismiss with Notes to File (RC) | 0.3 | $105.00 |
| 12/09/17 Client Issue Appointment with Attorney with Notes to File (RC) | 1.1 | $385.00 |
| 01/09/17 Correspondence with Trustee Regarding Payroll Deductions and Dismissal of Case with Notes to File (RC) | 0.5 | $175.00 |
| 03/28/17 Client Finish Appointment with Notes to File (RC) | 1.5 | $525.00 |
| 03/29/17 Drafting of Voluntary Petition and Schedules with Notes to File (RC) | 0.6 | $210.00 |
| 03/29/17 Drafting of Chapter 13 Plan with Notes to File (RC) | 0.5 | $175.00 |
| 03/29/17 Prepare File for 341 Hearing (RC) | 0.3 | $105.00 |
| 04/04/17 Attorney Correspondence with Client Regarding MMM with Notes to File (RC) | 0.4 | $140.00 |
| 04/07/17 Attorney Final Review of Schedules (RC) | 0.7 | $245.00 |
| 04/10/17 Drafted Motion to Continue Stay with Notes to File (RC) | 0.2 | $70.00 |

| | | |
|---|---|---|
| 04/20/17 Drafting of Affidavit for Motion to Continue Stay with Notes to File (RC) | 0.4 | $140.00 |
| 04/25/17 Drafted Order for Motion to Continue Stay Hearing with Notes to File (RC) | 0.2 | $70.00 |
| 05/03/17 Correspondence with Trustee Regarding Motion to Continue Automatic Stay with Notes to File (RC) | 0.3 | $105.00 |
| 05/18/17 Represented Client at 341 Hearing (RC) | 0.5 | $175.00 |
| 06/09/17 Drafted Motion to Modify Plan with Notes to File (RC) | 0.5 | $175.00 |
| 06/15/17 Amended Schedule J with Notes to File (RC) | 0.6 | $210.00 |
| | **Subtotal:** | **$3,760.00** |
| **Additional Services Rendered Not Contemplated in Original Fee Agreement** | **Hours** | **Fee** |
| 06/15/17 Drafted Motion to Modify Plan with Notes to File (RC) | 0.5 | $175.00 |
| 08/02/17 Correspondence with Client Regarding MMM with Notes to File (RC) | 0.3 | $105.00 |
| 08/11/17 Correspondence with Client to Discuss MMM and ADJ 341 Hearing with Notes to File (SC) | 0.2 | $28.00 |
| 08/14/17 Review Motion to Dismiss and Objection to Confirmation with Notes to File (RC) | 0.3 | $105.00 |
| 09/07/17 Client Issue Meeting with Attorney with Notes to File (RC) | 1.2 | $420.00 |
| 09/07/17 Drafted Objection to Motion to Dismiss (RC) | 0.5 | $175.00 |
| 09/08/17 Amended Schedule J with Notes to File (RC) | 0.2 | $70.00 |
| 09/12/17 Draft Motion to Participate in MMMP with Notes to File (RC) | 0.4 | $140.00 |
| 09/19/17 Reviewed Stipulation for Motion to Dismiss and Proposed Order with Notes to File (RC) | 0.3 | $105.00 |
| 09/27/17 Draft and File Application and Notice for Administrative Expenses (JS) | 1.5 | $210.00 |
| | **SUBTOTAL Original Chapter 13 Fees from Above:** | **$4,119.00** |
| | **Less Courtesy Discount:** | **$119.00** |
| | **TOTAL Original Chapter 13 Fees:** | **$4,000.00** |

|  | Less Amount Paid as Deposit: | $1,720.00 |
|  | Amount to be Paid Through the Chapter 13 Plan | $2,280.00 |
|  | Less Amount Paid Through Chapter 13 Plan: | $0.00 |
|  | Total Amount to be Paid as of the Date of this Application: | $2,280.00 |
|  | Add the Amount for Additional Services Rendered | $1,533.00 |
|  | GRAND TOTAL: Chapter 13 Attorney Fee Yet To Be Paid at Date of this Application | $1,533.00 |

| J.S. | Justine Swenson | Paralegal | $140 |
| S.C. | Sam Check | Paralegal | $140 |
| E.V. | Eileen Vita | Paralegal | $140 |
| E.K. | Erin Kastens | Paralegal | $140 |

## Education and Experience

**RC – Attorney – 18 Years Owning Firm**

JS – Bachelor's Degree – University of Wisconsin Milwaukee – 3 Years Legal/Paralegal Experience

EV – Associate's Degree – 2 Years Legal/Paralegal Experience

SC – Bachelor's Degree – Current Law Student at Marquette University – 4 Years Legal/Paralegal Experience

EK – Paralegal Certificate – 9 Years Legal/Paralegal Experience

| Initials | Name | Position | Billing Rate |
| R.C. | Richard Check | Attorney | $350 |